# United States Court of Appeals for the Fifth Circuit

---

No. 24-11003
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

October 22, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Rogelio Macias-Aguilar,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CR-146-1

---

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Rogelio Macias-Aguilar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Macias-Aguilar has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-11003

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.